**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

South Carolina Department of Social Services,
Respondent,

v.

Vina J. Scott, Baby Boy Reed, Jonathan Funderbunk, and Dontae Dobbinson, Defendants,

Of whom Vina J. Scott is the Appellant.

In the interest of minors under the age of eighteen.

Appellate Case No. 2017-001365

———————————

Appeal From Charleston County
Henry T. Woods, Family Court Judge

———————————

Unpublished Opinion No. 2018-UP-225
Submitted May 16, 2018 – Filed May 31, 2018

———————————

**AFFIRMED**

———————————

Melinda Inman Butler, of The Butler Law Firm, of Union, for Appellant.

Scarlet Bell Moore, of Greenville, for Respondent.

Joshua Keith Roten, of Summerville, for the Guardian ad Litem.

———————

**PER CURIAM:**  Vina J. Scott appeals the family court's final order terminating her parental rights to her minor children.  *See* S.C. Code Ann. § 63-7-2570 (Supp. 2017).  Upon a thorough review of the record and the family court's findings of facts and conclusions of law pursuant to *Ex parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues that warrant briefing.  Thus, we affirm the family court's ruling and relieve Scott's counsel.

**AFFIRMED.**[1]

**HUFF, GEATHERS, and MCDONALD, JJ., concur.**

———————

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.